**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1501**

SHEMAHTIEL BEN-ISRAEL,

Plaintiff - Appellant,

v.

WALGREENS DISTRIBUTION CENTER,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Donald C. Coggins, Jr., District Judge. (8:19-cv-01530-DCC)

Submitted: December 4, 2020                    Decided: December 10, 2020

Before GREGORY, Chief Judge, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shemahtiel Ben-Israel, Appellant Pro Se. Phoebe N. Coddington, Kathleen Kanable Lucchesi, LINCOLN DERR PLLC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shemahtiel Ben-Israel appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Ben-Israel's employment discrimination complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*